1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

11    LONNIE LEWIS,                    )    Case No.: 1:17-cv-00131-LJO-SAB (PC)
                                       )
12                 Plaintiff,          )
                                       )    ORDER ADOPTING FINDINGS AND
13        v.                           )    RECOMMENDATIONS, DISMISSING CERTAIN
                                       )    CLAIMS AND DEFENDANTS, AND REFERRING
14    J. VASQUEZ, et al.,              )    MATTER BACK TO THE MAGISTRATE JUDGE
                                       )    FOR INITIATION OF SERVICE OF PROCESS
15                 Defendants.         )
                                       )    [ECF No. 16]
16    _____  )

17        Plaintiff Lonnie Lewis is appearing pro se and in forma pauperis in this civil rights action

18    pursuant to 42 U.S.C. § 1983.

19        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

20    636(b)(1)(B) and Local Rule 302.   On July 17, 2017, the Magistrate Judge filed a Findings and

21    Recommendations recommending that this action proceed on Plaintiff's damages claim for retaliation

22    against Defendants Vasquez and Stanley, and all other claims and Defendants be dismissed from the

23    action for failure to state a cognizable claim for relief.   The Findings and Recommendations were

24    served on Plaintiff and contained notice that objections were to be filed within fourteen days.   Over

25    fourteen days have passed, and no objections were filed.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de*

27    *novo* review of this case.   Having carefully reviewed the entire file, the Court finds the Findings and

28    Recommendations to be supported by the record and by proper analysis.

                                          1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed on July 17, 2017, are adopted in full;

2.      This action shall proceed on Plaintiff's damages claim for retaliation against Defendants Vasquez and Stanley;

3.      All other claims and Defendants are dismissed from the action for failure to state a cognizable claim for relief; and

4.      The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated:   **August 16, 2017**                    **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES CHIEF DISTRICT JUDGE