# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEWIS,<br><br>        Plaintiff,<br><br>v.<br><br>J. VASQUEZ, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-00131-LJO-SAB (PC)<br><br>ORDER RESCHEDULING CASE FOR SETTLEMENT CONFERENCE ON **APRIL 23, 2018, AT 9:00 A.M.** BEFORE UNITED STATES MAGISTRATE JUDGE BARBARA A. MCAULIFFE AND EXTENDING STAY OF CASE FOR 120 DAYS |

Plaintiff Lonnie Lewis is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 17, 2017, the Court identified this case as an appropriate case for post-screening ADR (Alternative Dispute Resolution), which is an effort to resolve such cases more expeditiously and less expensively, and scheduled a settlement conference on February 28, 2018, at 9:30 a.m. before United States Magistrate Judge Barbara A. McAuliffe. However, Plaintiff was not transported to the Court and the conference could not proceed. Therefore, the Court hereby reschedules the settlement conference to **April 23, 2018, at 9:00 a.m.** before Magistrate Judge Barbara A. McAuliffe at the United States Courthouse in Fresno, California. The Court will extend the stay of this action for a period of 120 days to allow the parties to investigate Plaintiff's claims, meet and confer, and then participate in a settlement conference.

Therefore, this case will be referred to Magistrate Judge Barbara A. McAuliffe to conduct a settlement conference at United States Courthouse in Fresno, California on **April 23, 2018, at 9:00 a.m.** The Court will issue the necessary transportation order in due course.

///

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is STAYED for 120 days to allow the parties an opportunity to settle their dispute before the discovery process begins. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action. The parties shall not engage in formal discovery, but may engage in informal discovery to prepare for the settlement conference.
2. This case is set for a settlement conference before Magistrate Judge Barbara A. McAuliffe on **April 23, 2018, at 9:00 a.m.**, at the United States Courthouse located at 2500 Tulare Street, Fresno, California.
3. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.
4. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and may be reset to another date.
5. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.
6. The parties remain obligated to keep the Court informed of their current address at all times during the stay and while the action is pending. Any change of address must be reported promptly to the Court in a separate document captioned for this case and entitled "Notice of Change of Address." See Local Rule 182(f).
7. A failure to follow these procedures may result in the imposition of sanctions by the court.

IT IS SO ORDERED.

Dated: **February 28, 2018**

UNITED STATES MAGISTRATE JUDGE