

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEWIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>J. VASQUEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00131-LJO-SAB (PC)<br><br>ORDER THAT INMATE LONNIE LEWIS, CDCR #J-14465 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

Plaintiff Lonnie Lewis is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on April 23, 2018, inmate Lonnie Lewis, CDCR #J-14465, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 4/23/18

UNITED STATES MAGISTRATE JUDGE

1